IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:24-CR-167 |
| v. | ) |
| | ) U.S. Magistrate Judge Frensley |
| JOSHUA DAVID NICHOLS | ) U.S. District Judge Richardson |

## MOTION TO SEAL UNSEAL THE CASE AND RELATED DOCUMENTS

The United States of America, by and through Henry C. Leventis, United States Attorney, and Stephanie N. Toussaint, Assistant United States Attorney, hereby moves this Court to unseal Criminal Case No. 3:24-CR-167, including the Information and other documents filed in connection with this case.

On September 19, 2024, the defendant was charged by Information. The case was sealed at that time because the investigation was ongoing. On October 4, 2024, the investigation became overt. Therefore, public disclosure of the documents filed under seal in this case will no longer jeopardize the investigation.

Counsel for defendant Nichols does not oppose this Motion.

WHEREAS, the United States asks that the Court direct the Clerk to unseal this case. A proposed order accompanies this Motion. (Exhibit 1).

Respectfully submitted,

HENRY C. LEVENTIS
UNITED STATES ATTORNEY
Middle District of Tennessee

*/s/ Stephanie N. Toussaint*
Stephanie N. Toussaint
Assistant United States Attorney
719 Church Street, Ste. 3300

Nashville, Tennessee 37203
Telephone: (615) 736-5151

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing has been served on all opposing counsel either by email, the CM/ECF electronic delivery system or by hand delivery on this 4th day of October 2024.

s/ *Stephanie N. Toussaint*
Stephanie N. Toussaint